UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:15-CV-3037-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 21. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 20. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 21**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall: (1) reevaluate the medical opinions of record, including the opinion of Dr. Pellicer, Tr. 303-304, and articulate what weight is given to each medical source; (2) reevaluate Plaintiff's residual functional capacity, particularly his manipulative limitations; (3) reassess

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1  steps four and five of the sequential evaluation process with the assistance of a
2  vocational expert, if necessary; and (4) resolve any conflicts between the
3  vocational expert testimony and the Dictionary of Occupational Titles (DOT),
4  consistent with Social Security Ruling 00-4p.  The ALJ will take any other actions
5  necessary to develop the record, and Plaintiff may submit additional evidence and
6  present additional argument to the ALJ on remand.

   2.  **Judgment shall be entered for PLAINTIFF**.

   3.  Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

   4.  An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED November 16, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2